# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **12-11161-FF**
Case Style: Coquina Investments v. TD Bank, N.A.
District Court Docket No: 0:10-cv-60786-MGC

The following record materials in the referenced case are returned herewith:

 Thirty volumes Record on Appeal, Two folders Exhibits, and One sealed envelope Exhibits.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Benjamin Scott
Phone #: (404) 335-6115

REC-3 Ltr Returning Record to DC